**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON APPELLANT'S
MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     James Tinsley, IV  v.  The State of Texas

Appellate case number:   01-17-00296-CR

Trial court case number:  1468641

Trial court:             230th District Court of Harris County

Date motion filed:       October 28, 2018

Party filing motion:     Appellant, James Tinsley, IV

It is ordered that the motion for rehearing en banc is **DENIED.**

Judge's signature: /s/   _Richard Hightower_
☐ Acting Individually ☒ Acting for the Court

En banc court consists of: Chief Justice Radack, and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss

Date:  February 21, 2019